IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01268-MSK-KLM

ERNEST WEST,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
CAPTAIN SCOTT, Sterling Corrections;
JOANN STOCK, Sterling Medical;
MR. ESTEP, CMRC Director;
MR. YOUNGBLOOD;
MR. YEATON, Unit Manager CMRC; and
MS. CALLWELL, CMRC Medical,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Judge Krieger to Send in 20% Garnishment Order Against Plaintiff's Inmate Account** [Docket No. 18; Filed July 6, 2009] (the "Motion"). On June 29, 2009, the Court denied by Minute Order [Docket No. 15] Plaintiff's Motion to Have 20% Garnishment Order from District Court to Deduct from Inmate Account [Docket No. 10]. Plaintiff has raised the identical arguments in the present motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED** for the reasons stated in the June 29, 2009 Minute Order [Docket No. 15].

    IT IS FURTHER **ORDERED** that on or before August 3, 2009, defense counsel shall provide the inmate accounts personnel at the facility where Plaintiff is incarcerated with a copy of the Court's Order requiring payment of the filing fee [Docket No. 2; Filed June 1, 2009].

Dated: July 20, 2009